**JUVENILE OFFICER, Respondent,**

v.

**D.B.—Natural Mother, Appellant.**

**No. 50719.**

Missouri Court of Appeals, Western District.

March 5, 1996.

**In the Interest of J.E.D., R.J.D., et al., Respondent.**

**JUVENILE OFFICER, Respondent,**

v.

**O.D.—Natural Father, Appellant,**

**R.D.—Natural Mother, Respondent.**

**No. WD 50725.**

Missouri Court of Appeals, Western District.

March 5, 1996.

Chris Nelson, Hallsville, for appellant.

Leslie Ann Schneider, Guardian Ad Litem.

Elizabeth K. Magee, Columbia, for Juvenile Officer.

Thomas M. Harrison, Columbia, for R.D., Natural Mother.

Before ELLIS, P.J., and ULRICH and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Natural father, O.L.D., appeals the termination of his parental rights to his five minor children pursuant to § 211.447 RSMo 1994. He asserts the juvenile officer failed to produce clear, cogent and convincing evidence to support abandonment.

The judgment is affirmed. Rule 84.16(b).